ACCEPTED
04-14-00667-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/7/2015 10:52:06 AM
KEITH HOTTLE
CLERK

CAUSE NUMBER 04-14-667-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/7/2015 10:52:06 AM
KEITH E. HOTTLE
Clerk

RAMIRO AND EDNA RAMOS AND
FEDERICO SALAZAR, JR., APPELLANTS

V.

THE UNKNOWN HEIRS OF
TOMASA GONZALEZ AND
NARCISO GONZALEZ, APPELLEES

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO TEXAS

_____

ON APPEAL FROM THE
381st JUDICIAL DISTRICT COURT
TRIAL CAUSE NO. DC-09-559
HON. J. MANUEL BANALES,
PRESIDING JUDGE

_____

THE APPELLEES' SECOND
MOTION FOR EXTENSION OF TIME
TO FILE THEIR COMPANION BRIEF

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

The Appellees again motion this Court for an extension of time to file their companion Brief and, in support hereof, show the following:

HPLAPTOPAMD\DOCUMENTS\RRAMOS\EXTENSION2.mot                    **Page 1 of 4**

## I. DEADLINE

The Appellees were granted an extension of time to file their Brief to on or before 5:00 PM, 3 July. As of the moment this Second Motion was filed, no submission date has been scheduled.

## II. LENGTH OF TIME SOUGHT FOR A SECOND EXTENSION

The undersigned motions for an Order of this Court allowing for an extension of time to file the Appellees' companion Brief to the date it is marked received.

## III. THE FACTS IN SUPPORT OF THIS MOTION

He was unable to timely-file the Appellees' Brief because the repairs he thought were being done to allow him access to his laptop's content took longer than he was told they would, and when he finally got the laptop back, some of the same problems he encountered the first time it began malfunctioning reoccurred.

Therefore, he had to return it for more work, and it was only by 10:00 AM, Monday 6 July that he was able to start again on his penultimate draft to draft his final draft, which is filed along with this Motion.

Finally, the undersigned had a major breakdown of his car, which caused the loss of more valuable time.

## IV.    NUMBER OF EXTENSIONS.

This is the Appellees' second Motion, and will be the last because their Brief is also being filed.

## V. CONFERENCE WITH THE
## APPELLANTS' APPELLATE COUNSEL

The undersigned did not confer with Mr. Miller about his position respecting this Second Motion because he decided to concentrate on getting the companion Brief filed with this Motion.

Based on the foregoing facts, the undersigned motions this Court for an Order allowing for an extension of time to file the Appellees' companion Brief on the date it is received.

Respectfully Submitted By:


\_\_\_\_ / JOHN A. OLSON/ _____

JOHN A. OLSON
Tex. Bar No. 15274750
20634 Creek River
San Antonio TX 78259-2084
210-307-0336      Office
210-858-6780      Fax
jaolson_ccda@yahoo.com

CERTIFICATE OF SERVICE

I delivered a copy of this SECOND MOTION, etc., to the Law Offices of Mr. Keith

P. Miller and Ms. Megan C. Kucera, the Appellants' Attorneys, on 7 July 2015.

___ /JOHN A. OLSON/ _____

JOHN A. OLSON
jaolson_ccda@yahoo.com